**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**(609) 989-2144**
**Fax: (609) 989-0451**

| | |
|---|---|
| **CHAMBERS OF** | **CLARKSON S. FISHER U.S. COURTHOUSE** |
| *DOUGLAS E. ARPERT* | **402 E. STATE STREET, ROOM 6000** |
| **UNITED STATES MAGISTRATE JUDGE** | **TRENTON, NJ 08608** |

March 10, 2011

**<u>LETTER ORDER</u>**

**RE:**    <u>**11-CV-164(AET) Cherrie Ann Dehere v. Wells Fargo & Company**</u>

A Settlement Conference will be held by the undersigned on April 15, 2011 at 10:00 A.M., in Trenton - Courtroom 6W before Magistrate Judge Douglas E. Arpert. Counsel and client representatives with full settlement authority are required to attend.

IT IS SO ORDERED.

*s/ Douglas E. Arpert*
**DOUGLAS E. ARPERT**
**UNITED STATES MAGISTRATE JUDGE**