**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(609) 989-2144
Fax: (609) 989-0451

| | |
|---|---|
| CHAMBERS OF<br>*DOUGLAS E. ARPERT*<br>UNITED STATES MAGISTRATE JUDGE | CLARKSON S. FISHER U.S. COURTHOUSE<br>402 E. STATE STREET, ROOM 6000<br>TRENTON, NJ 08608 |

April 5, 2011

**<u>LETTER ORDER</u>**

RE:   <u>11-CV-164(AET) Cherrie Ann Dehere v. Wells Fargo & Company</u>

A Settlement Conference set for April 15, 2011 at 10:00 A.M., in Trenton - Courtroom 6W before Magistrate Judge Douglas E. Arpert has been adjourned and reset for May 17, 2011 @ 10:00 A.M. Counsel and client representatives with full settlement authority are required to attend.

IT IS SO ORDERED.

*s/ Douglas E. Arpert*
**DOUGLAS E. ARPERT**
**UNITED STATES MAGISTRATE JUDGE**